**240 A.2d 594.**

ARAM K. BERBERIAN *vs.* JOHN J. BARRY *et al.*

APRIL 25, 1968.

PRESENT: Roberts, C. J., Paolino, Joslin and Kelleher, JJ.

PER CURIAM. Pursuant to a stipulation agreed to and

filed by the parties when the case came on to be heard, the plaintiff's exception to a ruling of a justice of the superior court sustaining the defendant's demurrer to his declaration is overruled, and the case is remitted to the superior court for further proceedings.

*Aram K. Berberian,* pro se.

*Edward F. Malloy,* Assistant City Solicitor, for defendants.